AO 458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

FOR THE          DISTRICT OF          PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | **APPEARANCE** |
| v. | CASE NO. **00-008(DRD)** |
| **RODRIGUEZ-CORTES**, et al. | |

To the Clerk of this court and all parties of record:

Kindly enter my appearance as **lead counsel** in this case for the United States of America. Any other prior Assistant U.S. Attorney who has filed an appearance form in this case is to be terminated.

| | |
|---|---|
| <u>March 6, 2008</u><br>Date | *s// Ilianys Rivera Miranda*<br>Ilianys Rivera Miranda #223006<br>Assistant U.S. Attorney<br>350 Torre Chardón, Suite 1201<br>Hato Rey, Puerto Rico 00918<br>(787) 766-5656 |

### CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2008, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system**.**

In San Juan, Puerto Rico, this 6th day of March, 2008.

*s// Ilianys Rivera Miranda*
Ilianys Rivera Miranda
Assistant U.S. Attorney